**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7350**

---

PHOENIX ANDERSON,

Plaintiff - Appellant,

versus

ALAN MOATS, Judge; LEONARD LUCAS, Magistrate;
HOWARD FERRIS, Attorney; JIM SHACKELFORD,
(Shackelford Bonding); ROGER HICKMAN,
(Shackelford Bonding); CAROL S. BIRDSELL,
Court Reporter; ELAINE BENNETT, Clerk of the
Circuit Court of Taylor County; JOHN L. BORD,
Prosecutor,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-03-152-1)

---

Submitted: January 27, 2005        Decided: February 2, 2005

---

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Phoenix Anderson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Phoenix Anderson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Anderson v. Moats, No. CA-03-152-1 (N.D.W. Va. Aug. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED